UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RODGERS,<br><br>              Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,[1]<br>Acting Commissioner of Social Security,<br><br>              Defendant.<br>_____ | Case No. CV 12-7441 MRW<br><br>JUDGMENT |

It is the judgment of this Court that the decision of the Administrative Law Judge is VACATED, and the matter is REMANDED to the Social Security Administration for further proceedings consistent with the Court's Order.

DATE: September 6, 2013

                                            _____
                                            HON. MICHAEL R. WILNER
                                            UNITED STATES MAGISTRATE JUDGE

---

[1]     Carolyn W. Colvin, who recently became the Acting Commissioner, is substituted for her predecessor, Michael J. Astrue. See Fed. R. Civ. P. 25(d).